UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VIAN TRANSPORTATION, LLC et al.,<br><br>　　　　Defendants. | Case No. 8:24-cv-01354-SB-SSC<br><br>FINAL JUDGMENT |

　　　For the reasons set forth in the separate order granting default judgment in favor of Plaintiff Ameris Bank entered this day, Plaintiff shall recover from Defendants Vian Transportation, LLC and Pablo Villarreal Andrade, jointly and severally, the sum of $111,589.53 (comprising $101,439.36 in damages, $3,918.39 in prejudgment interest, $5,628.78 in attorney's fees, and $603.00 in costs).

　　　This is a final judgment.

Date: September 6, 2024

　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1